# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Douglas P. Fleming, LLC | ) | ASBCA Nos. 59144, 59145, 59146 |
| | ) | 59147, 59148, 59158 |
| | ) | 59159, 59182, 59183 |
| | ) | 59229, 59274, 59275 |
| | ) | 59276, 59277, 59290 |
| | ) | |
| Under Contract No. N40085-13-C-4600 | ) | |

APPEARANCE FOR THE APPELLANT: David Hilton Wise, Esq.
    Wise & Donahue, PLC
    Fairfax, VA

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Matthew D. Bordelon, Esq.
    Senior Trial Attorney
    Todd J. Wagnon, Esq.
    Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE PROUTY

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that these consolidated appeals are sustained in the amount of $1,087,500.00. Thus, in the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,087,500.00. This amount is inclusive of interest. No further interest shall be paid.

Dated: 18 May 2018

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 59144, 59145, 59146,
59147, 59148, 59158, 59159, 59182, 59183, 59229, 59274, 59275, 59276, 59277, 59290,
Appeals of Douglas P. Fleming, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2